# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAMON SOTO, individually and on behalf of all others similarly situated,<br>      Plaintiff,<br><br>vs.<br><br>HBL BEAUTY & CO LLC d/b/a PurelyWhite Deluxe,<br>      Defendant. | Civil Action No. 1:24-cv-02479<br><br><br>Hon. Martha M. Pacold |

## JOINT MOTION TO STAY

Plaintiff Ramon Soto and Defendant HBL Beauty & Co LLC d/b/a Purely White Deluxe ("HBL") (collectively, "the parties") jointly move that this Court enter an order staying all proceedings in this lawsuit until August 30, 2024 to allow the parties to pursue settlement discussions. In support of this motion, the parties state as follows:

1. On March 27, 2024, Plaintiff filed his Class Action Complaint.

2. HBL was served with this Complaint on April 23, 2024.

3. On May 10, 2024, HBL filed its unopposed motion for an extension of time to file an answer or otherwise plead.

4. This Court granted HBL's motion on May 10, 2024, allowing HBL to answer or otherwise plead by June 28, 2024 and requiring the parties to file an initial joint status report by July 2, 2024.

5. The parties have engaged in preliminary settlement discussions, and wish to continue those discussions, including, possibly, engaging in mediation. According, the parties jointly request that the Court stay all proceedings and deadlines in this case until August 30, 2024 to facilitate settlement discussion and possible mediation.

6. The parties agree to submit a joint report to the Court on or before August 30, 2024 reporting on the results of their discussions along with, if appropriate, a proposed schedule for HBL's response to Plaintiffs' Complaint.

WHEREFORE, the parties respectfully request that this Court issue an Order granting the parties' Joint Motion to Stay Proceedings Pending and stay this action and all deadlines until August 30, 2024.

Dated: June 28, 2024

Respectfully submitted,

/s/ *James J. Boland*
James J. Boland
Carly Allen
SMITH, GAMBRELL & RUSSELL, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60611
(312)360-6000

Jeremy D. Richardson
SMITH, GAMBRELL & RUSSELL, LLP
1301 Avenue of the Americas, 21st Floor
New York, NY 10019
(212) 907-9700

Patrick McGill
MCGILL & CO., P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, CA 92037
(619) 974-8886

*Attorneys for defendant HBL Beauty & Co., LLC*

/s/ *Kristen Lake Cardoso*
Jeff Ostrow
Kristen Lake Cardoso
KOPELOWITZ OSTROW P.A.
One West Las Olas, Suite 500
Fort Lauderdale, FL 33301
(954) 525-4100

Gary Klinger
Mariya Weekes
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Ste. 2100
Chicago, IL 60606
(866) 252-087

*Attorneys for Plaintiff and the Putative Class*