# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ramon Soto

                   Plaintiff,

v.                                                    Case No.: 1:24–cv–02479
                                                    Honorable Martha M. Pacold

HBL Beauty & Co LLC

                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 3, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: The parties' joint motion to stay, [16] is granted. All proceedings and deadlines in this case are stayed until 8/30/2024. By 8/30/2024, the parties should confer and file a joint status report addressing the results of their settlement efforts and the parties' proposal for proceeding with this case. If the parties require an extension of the stay to allow for further settlement discussions, they may file an appropriate motion. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.