# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAMON SOTO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>HBL BEAUTY & CO LLC d/b/a PurelyWhite Deluxe,<br><br>        Defendant. | Civil Action No. 1:24-cv-02479<br><br>Hon. Martha M. Pacold |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO CONTINUE STAY

Plaintiff, Ramon Soto, and Defendant, HBL Beauty & Co LLC, d/b/a Purely White Deluxe (collectively "the Parties"), hereby notify the Court they have reached an agreement in principle on the material terms of a settlement to resolve the alleged in the action. The settlement is conditioned on the Parties executing a settlement agreement and dismissing the action, which the Parties anticipate doing no later than October 1, 2024. Based on the foregoing, the Parties jointly move the Court to continue the current stay of all deadlines pending the Parties' execution of a settlement agreement and dismissal of the action.

Dated: August 29, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Patrick McGill*<br>Patrick McGill<br>**MCGILL & CO., P.C.**<br>5580 La Jolla Blvd, Suite 39<br>La Jolla, CA 92037<br>Tel: (619) 974-8886 | */s/ Jeff Ostrow*<br>Jeff Ostrow<br>Kristen Lake Cardoso<br>**KOPELOWITZ OSTROW P.A.**<br>One West Las Olas, Suite 500<br>Fort Lauderdale, FL 33301<br>Tel: (954) 525-4100 |

James J. Boland
Carly Allen
**SMITH, GAMBRELL & RUSSELL, LLP**
311 South Wacker Drive, Suite 3000
Chicago, IL 60611
Tel: (312)360-6000

Jeremy D. Richardson
**SMITH, GAMBRELL & RUSSELL, LLP**
1301 Avenue of the Americas, 21st Floor
New York, NY 10019
Tel: (212) 907-9700

*Attorneys for defendant HBL Beauty & Co., LLC*

Gary Klinger
Mariya Weekes
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Ste. 2100
Chicago, IL 60606
Tel: (866) 252-087

*Attorneys for Plaintiff*