# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ramon Soto

                Plaintiff,

v.                                             Case No.: 1:24–cv–02479
                                                        Honorable Martha M. Pacold

HBL Beauty & Co LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 4, 2024:

       MINUTE entry before the Honorable Martha M. Pacold: The joint motion to continue stay, [18] is granted. All proceedings and deadlines in this case are stayed until 10/4/2024. By 10/4/2024, the parties should confer and file a joint status report, unless a notice of dismissal or stipulation of dismissal has been filed before that date. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.